| | | | |
|---|---|---|---|
| | AUSA: | Jeremiah Smith | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Kenton Weston | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
   v.

Christopher Bibb

Case No. 2:26−mj−30175

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 5, 2025 - August 7, 2025_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 2, 2026_____

_____
*Judge's signature*

City and state: __Detroit, MI_____

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1.      I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2.      I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to:

violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.     The ATF is currently conducting a criminal investigation concerning Christopher BIBB, (DOB: XX/XX/2002), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm)

**PROBABLE CAUSE**

## I.    Prohibited Status

5.     The Law Enforcement Information Network (LEIN) and other court records indicate that:

a.     In 2016, in Michigan's 3rd Circuit Court, BIBB pled guilty as a juvenile to carjacking.

b.      In 2021, in Michigan's 3rd Circuit Court, BIBB pled guilty to Felonious Assault and Felony Firearm.

c.      In 2023, in Warren County, Ohio, BIBB pled guilty to felony Improper Handling Firearms in a Motor Vehicle and misdemeanor Operating a Vehicle Under the Influence. BIBB was sentenced to 9 months in prison.

## II.   BIBB's unlawful possession of a firearm on August 7, 2025

6.      On August 7, 2025, Detroit Police Department (DPD) officers arrived at 9XXX Marlowe, Detroit, MI, to arrest an individual suspected of conducting a carjacking two days earlier. Upon their arrival, police saw BIBB, the carjacking suspect, and another male sitting partially inside a black Jeep parked in the driveway. The carjacking suspect fled on foot through the backyard and towards an adjacent alley. Officers later found a privately made firearm equipped with a machinegun conversion device in the suspect's path of flight.

7.      Police detained BIBB as he exited the Jeep's front passenger seat. Officers saw a loaded tan Glock 19 pistol on the driver's side floorboard.  The Glock pistol had a flared magazine well, a black and red trigger, and a black slide. (Image 1).  A search of LEIN revealed the firearm was reported stolen.

IMAGE 1



8.      DPD arrested BIBB and the other individuals and transported them to the Detroit Detention Center. The Michigan Department of Corrections subsequently violated BIBB's parole.

## III.    Interview with BIBB

9.      On January 27, 2026, ATF Special Agent Austin Dawn and I conducted an audio-recorded, post-*Miranda* interview with BIBB at the St. Louis Correctional Facility. During the interview, Special Agent Dawn showed BIBB his booking photograph, a photograph of the recovered tan Glock 19, and photographs of BIBB brandishing a tan Glock 19 pistol with a flared magazine well, a black and red trigger, and a black slide. (Image 2). The still images of BIBB brandishing the suspected tan Glock 19 (circled in red) were taken from a video captured on August

5, 2025, at 9XXX Marlowe. The video was obtained pursuant to a federal search warrant for a cellular phone belonging to one of BIBB's coconspirators arrested at the Marlowe Street residence on August 7, 2025.

<u>IMAGE 2</u>

| Title of Investigation:<br>Murray Et. Al. (ATM)(2nd Precinct) | Investigation Number:<br>25-22694 | Report Number:<br>17 |
| --- | --- | --- |

15. A video dated August 5, 2025 at 9:52 PM (cplAWXsYdpd8SQWVDTougORuSqf aSgM.mov) with location data of ███████████████ ███████████ displays BIBBS with a suspected firearm that has matching characteristics of the firearm recovered by DPD on August 7, 2025.





10.     BIBB looked at Image 2 and confirmed the images were of him and stated,

"… it's felon in possession (of a firearm)."

## IV.     Interstate Nexus

11.     On April 1, 2026, I provided ATF Interstate Nexus Expert and Special

Agent Kara Klupacs a description of the tan Glock 19 pistol. Based on her training and

experience, Special Agent Klupacs determined the described Glock 19 pistol was

manufactured outside the state of Michigan and therefore had traveled in and affected

interstate commerce.

### **CONCLUSION**

12.     There is probable cause to believe that, from August 5th to August 7th,

2025, within the Eastern District of Michigan, convicted felon Christopher BIBB

knowingly possessed a tan Glock 19 pistol, in violation of 18 U.S.C. § 922(g)(1) (Felon

in Possession of a Firearm).

Respectfully submitted,

_____
Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated:  April 2, 2026